UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK DUNN,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00702-MMD-WGC<br><br>ORDER |

Petitioner has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has both sufficient current funds and frequent deposits to pay the full filing fee of $5.00.

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 1) is denied. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It further is ordered that the Clerk of the Court will send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 27th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE