UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK DUNN,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00702-MMD-WGC<br><br>ORDER |

　　　This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner Patrick Dunn has filed a counseled first amended petition. (ECF No. 17.) Currently before the Court are three motions: Dunn's motion for leave to file exhibits under seal (ECF No. 20), Dunn's motion for leave to file second amended petition for writ of habeas corpus (ECF No. 21), and Dunn's motion to waive LR 15-1 (ECF No. 23).

　　　Dunn seeks leave to seal a forensic neuropsychological report that contains confidential medical information. (ECF No. 20 at 2.) The Court agrees that compelling reasons exist to prevent public access to this report. *See Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The Court grants the motion for leave to file exhibits under seal.

　　　Dunn filed the counseled first amended petition to meet the statute of limitations. He seeks leave to file a second amended petition once he has completed his investigation. The Court grants this motion. The Court also grants his request to waive the LR 15-1's requirement that he file a proposed amended petition with his motion for leave to amend.

　　　It is therefore ordered that Petitioner's motion for leave to file exhibits under seal (ECF No. 20) is granted.

　　　It is further ordered that Petitioner's motion for leave to file second amended petition

for writ of habeas corpus (ECF No. 21) is granted. Petitioner will have 90 days from the date of entry of this order to file a second amended petition.

It is further ordered that the scheduling order of February 11, 2020 (ECF No. 10), will govern the times for an answer and reply, or for a motion to dismiss, to the second amended petition.

It is further ordered that Petitioner's motion to waive LR 15-1 (ECF No. 23) is granted.

DATED THIS 7th day of October 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE