UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK DUNN,<br><br>　　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00702-MMD-WGC<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. In a prior order, the Court appointed the Federal Public Defender to represent Petitioner. (ECF No. 10.) The Court granted petitioner's motion for prospective equitable tolling due to the COVID-19 pandemic and set the expiration of the period of limitation at August 10, 2020. (ECF No. 16.) Petitioner filed a first amended petition on that date. (ECF No. 17.) Simultaneously, petitioner filed a motion for leave to file a second amended petition. (ECF No. 21.) The Court granted that motion and gave petitioner 90 days to file a second amended petition. (ECF No. 24.)

Petitioner now has filed a motion to stay. (ECF No. 25.) He cites the COVID-19 pandemic and resulting restrictions for his inability to complete his investigation and file the second amended petition. (*Id.*) Respondents object to an indefinite stay, but they are mindful of the difficulties that COVID-19 has caused, and they do not oppose a limited stay. (ECF No. 26.) The Court agrees that a stay of the action, with occasional status reports, is appropriate for this action.

It therefore is ordered that Petitioner's motion for stay (ECF No. 25) is granted. This case is stayed until Petitioner is ready to file his amended petition. Further, Petitioner or Respondents otherwise may move to reopen the case and seek any relief appropriate under the circumstances.

It further is ordered that Petitioner file a status report regarding the case every 60 days from the date this order is entered, until he moves to reopen this action.

The Clerk of Court is directed to administratively close this case until such time as the Court grants a motion to reopen it.

DATED THIS 1st Day of February

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE