UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK DUNN,<br><br>        Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>        Respondents. | Case No. 3:19-cv-00702-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time. (ECF No. 52 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 52) is granted. Respondents have up to and including February 16, 2024 to file their response to the petition.

DATED THIS 19th Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE