UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK DUNN,<br><br>   Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>   Respondents. | Case No. 3:19-cv-00702-MMD-CSD<br><br>ORDER |

Petitioner Patrick Dunn has filed an unopposed motion for extension of time. (ECF No. 60 ("Motion").) This is Dunn's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 60) is granted. Dunn has up to and including April 30, 2024 to file his opposition to the motion to dismiss.

DATED THIS 5th Day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE