UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK DUNN,<br><br>　　　　　　Petitioner,<br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00702-MMD-CSD<br><br>ORDER |

　　Respondents have filed an unopposed motion for extension of time. (ECF No. 63 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　It is therefore ordered that the Motion (ECF No. 63) is granted. Respondents have up to and including July 2, 2024 to file their reply to their motion to dismiss.

　　DATED THIS 3rd Day of May 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE