UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK DUNN,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00702-MMD-CSD<br><br>ORDER |

　　Respondents have filed an unopposed motion for extension of time to file their opposition to the motion for a stay. (ECF No. 68 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　It is therefore ordered that the Motion (ECF No. 68) is granted. Respondents have up to and including October 21, 2024, to file their opposition to the motion for a stay.

　　DATED THIS 9th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE